PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bruce Calvin Green**

**Docket No. 0:02CR00137-1(JRT)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Calvin Green** who was sentenced for supervised release violations on February 25, 2004, by the Honorable John R. Tunheim, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol, participate in drug/alcohol treatment program, mandatory drug testing, financial disclosure, no new credit, perform 20 hours community service per week if unemployed after 60 days, and pay restitution totaling $72,151.61.

120 days community confinement (modified on February 5, 2004)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 5, 2004, Mr. Green appeared before Your Honor on supervised release violations. The Court revoked Mr. Green's supervised release and sentenced him to the custody of the Bureau of Prisons for a period of 8 months. As a condition of supervised release, the defendant was ordered to reside in a community corrections center for a period of 120 days. The Court further indicated the probation office may petition the Court for early release from this requirement if the defendant is employed and has secured appropriate residence arrangements.

PRAYING THAT THE COURT WILL ORDER early release from the defendant's 120-day community corrections placement at the Volunteers of America Halfway House.

ORDER OF THE COURT

Considered and ordered this 28th day of January 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature] for

John G. Baskfield
U.S. Probation Officer

Executed on January 27, 2005
Place Minneapolis

c: United States Sentencing Commission

SCANNED
JAN 28 2005
U.S. DISTRICT COURT MPLS