UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-137 JRT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE CALVIN GREEN,<br><br>Defendant,<br><br>AMELL ENTERPRISES, INC.,<br><br>Garnishee. | STIPULATION FOR FINAL ORDER IN GARNISHMENT |

The parties, the United States of America, the defendant Bruce Calvin Green, and the garnishee Amell Enterprises, Inc., agree and stipulate as follows:

1. The defendant resides at XXX XXXX XXXXXXXX XXXXXX, XXXXXXXXX XX, St. Paul, Minnesota 55117, and has a social security number of XXX-XX-0438.

2. A judgment was entered against the defendant in this action in the amount of $72,151.61 and remains outstanding.

3. The garnishee, whose address is 5072 - 171st Avenue Northwest, Andover, MN 55304, has in its possession, custody or control, property of the defendant in the form of wages paid to the defendant.

4. The defendant waives his right to a hearing under Section

3206 of the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. § 3205 and any other process to which the defendant may be entitled under the FDCPA.

5. The garnishee waives being heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6. The defendant agrees and stipulates that his wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to entry of a Final Order in Garnishment against all the non-exempt wages of the defendant. It is expressly agreed and stipulated to by the parties that the garnishee shall pay to the Clerk of Court the total sum of $75 per week, which shall be withheld from the wages owed to the defendant.

8. These sums are to be applied upon the judgment rendered in this case.

9. Checks should be made payable to the Clerk of Court and mailed to Finance Department, 100 Northeast Monroe Street, Room 309, Peoria, IL 61602, and they should reference 00-30034 on the payments.

10. At plaintiff's option, plaintiff may serve financial discovery annually and may increase the amount of the garnishment to no more than 25% of the defendant's non-exempt disposable earnings as set forth in the Federal Debt Collection Procedures Act.

11. The plaintiff may pursue administrative offsets, including those by the Internal Revenue Service and the defendant specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

Dated: 8-12-05

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

BRUCE CALVIN GREEN
Defendant

Dated: 7/26/2005

AMELL ENTERPRISES, INC.
Garnishee