UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>BRUCE CALVIN GREEN,<br><br>Defendant,<br><br>AMELL ENTERPRISES, INC.,<br><br>Garnishee. | Criminal No. 02-137 JRT<br><br>**FINAL ORDER IN GARNISHMENT** |

The parties stipulated to a wage garnishment of $75. A copy of the Stipulation for Final Order in Garnishment is on file with the Clerk of Court. Defendant has waived his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the Clerk of Court $75 of the debtor's weekly disposable earnings, by sending a check or money order made payable to the "Clerk, U.S. District Court" weekly in care of Clerk, U.S. District Court, Attention: Finance Department, 100 Northeast Monroe Street, Room 309, Peoria, Illinois 61602 referencing 00-30034 on the payments, until such time as the entire debt in this matter is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to Clerk of Court weekly as they become due and owing.

Dated: August 16, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge