PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JAN 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bruce Calvin Green**

**Docket No. 0:02CR00137-001(JRT)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Calvin Green** who was sentenced for supervised release violations on February 25, 2004, by the Honorable John R. Tunheim, who fixed the period of supervision until September 12, 2008, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; no new credit without approval; perform 20 hours community service per week if unemployed after 60 days; pay restitution totaling $72,151.61; and 120 days community confinement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On December 21, 2005, Mr. Green pled guilty in Dakota County District Court to Disorderly Conduct and Fleeing Police, case number T8-05-29827. He was sentenced to1 year of probation.

STANDARD CONDITION #1: The defendant shall not leave the judicial district without permission of the Court or probation officer.

On December 28, 2005, Mr. Green was confronted on traveling outside the district without permission. He admitted to traveling to Tucson, Arizona, from December 23 to 28, 2005. Mr. Green also admitted he was fired from his previous employer at Alexander Mobility due to allegations of check theft. No charges have been filed. Attempts to contact the owner of this company to verify the information have been unsuccessful.

SPECIAL CONDITION: The defendant shall not open any new lines of credit without the approval of the probation officer.

On September 9, 2005, Mr. Green signed a purchase agreement to AMC Mortgage Services, Incorporated for approximately $130,000 for a condominium he purchased in West St. Paul. This is in violation of his condition that he not open any new lines of credit without prior approval of the probation officer.

SCANNED
JAN 12 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

The defendant will be required to make monthly payments unless an alternative payment plan is approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 10th day of January 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on January 6, 2006
Place Minneapolis