Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Bruce Calvin Green

Docket No. 0:02CR00137-001(JRT)

**HEARING WAIVER**

I, Bruce Calvin Green, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

The defendant will be required to make monthly payments unless an alternative payment plan is approved by the probation officer.

Signed: Bruce Green

Bruce Calvin Green
Supervised Releasee

Witness:

John G. Baskfield
U.S. Probation Officer

Dated: 1-5-06

SCANNED
JAN 12 2006
U.S. DISTRICT COURT MPLS