UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-137 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| BRUCE CALVIN GREEN, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

02-137 (JRT)

Defendant Name

Bruce Calvin Green

Remove AUSA

James E. Lackner

Add AUSA

Richard A. Newberry

Dated: February 8, 2006

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney