PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bruce Calvin Green**

**Docket No. 0:02CR00137-001(JRT)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Calvin Green** who was sentenced for supervised release violations on February 25, 2004, by the Honorable John R. Tunheim, who fixed the period of supervision until September 12, 2008, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; no new credit without approval; perform 20 hours of community service per week if unemployed after 60 days; pay restitution totaling $72,151.61; and 120 days of community confinement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On December 21, 2005, Mr. Green pled guilty in Dakota County District Court to Disorderly Conduct and Fleeing Police, case number T8-05-29827. He was sentenced to 1 year probation. According to reports, the defendant's girlfriend contacted the police while Mr. Green was allegedly pushing and shoving her. He fled when the police arrived but was apprehended a short distance away. The defendant's girlfriend has since relocated to another state.

STANDARD CONDITION # 1: The defendant shall not leave the judicial district without permission of the Court or probation officer.

On December 28, 2005, Mr. Green was confronted on traveling outside the district without permission. He admitted to traveling to Tucson, Arizona, from December 23 to 28, 2005.

On January 23, 2006, the probation office received information Mr. Green was again in Tucson, Arizona, having been there since January 19, 2006.

SPECIAL CONDITION # 1: The defendant shall not incur any new debts or open any additional lines of credit without prior approval of the probation officer.

SCANNED
FEB 14 2006
U.S. DISTRICT COURT MPLS

FILED FEB 10 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

-summons issued

On September 9, 2005, Mr. Green signed a purchase agreement to AMC Mortgage Services, Incorporated for approximately $130,000 for a condominium he purchased in West St. Paul.

SPECIAL CONDITION: The defendant shall pay $72,151.61 in restitution.

Since Mr. Green's release from custody on October 20, 2004, he has paid a total of $358.22 in restitution. He has not made a payment since October 3, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 8th day of February 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on February 7, 2006
Place Minneapolis