AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2006 FEB 15 P 2:51

UNITED STATES OF AMERICA

# AMENDED

RECEIVED U.S. MARSHAL ST. PAUL MINN

**SUMMONS IN A CRIMINAL CASE**

Note: Change in Magistrate Judge Conducting the Hearing and the Hearing Date and Time

v.

Case Number: CR 02-137 JRT

Bruce Calvin Green

Bruce Calvin Green

2006 FEB 16 A 9:38 RECEIVED US MARSHALS SERVICE MPLS MN

06 FEB 17 PM 4:23 RECEIVED CLERK U.S. DIST. COURT MINNEAPOLIS, MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E (Eighth Floor)**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Arthur J. Boylan**

On: **Wednesday, March 1, 2006, at 1:30 p.m.**

To answer a(n) Petition and Order on Supervised Release.

Brief description of offense:

Violation of Supervised Release

SCANNED FEB 21 2006 U.S. DISTRICT COURT MPLS

Leah E. Gilgenbach, Deputy Clerk

Dated: February 15, 2006

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] NANCY SCHMIDT Date: 2/17/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS Office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/17/06
Date

AL GARBER
Name of United States Marshal

N Schmidt
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure