**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: BOYLAN<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 02-137 JRT |
| | ) | Date: 3/1/06 |
| BRUCE CALVIN GREEN, | ) | Court Reporter: None |
| | ) | Tape Number: 2006- |
| Defendant. | ) | Time Commenced: 2:03 p.m. |
| | | Time Concluded: 2:06 p.m. |
| | | Time in Court: 3 Minutes |

APPEARANCES:

**Plaintiff:** Richard Newberry
Assistant U.S. Attorney

**Defendant:** Lyonel Norris

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 2/8/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

√ **The Defendant was released on his previous conditions of Bond.**

√ Next appearance date is for a final revocation hearing. The parties are instructed to contact Judge Tunheim's chambers to obtain a date and time for the final revocation hearing.

Additional Information:

s/Kathy Thobe
Signature of Judicial Assistant