**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>BRUCE CALVIN GREEN,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: John R. Tunheim<br>U.S. District Judge<br><br>Case No: 02-137 (JRT)<br>Date: March 17, 2006<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 11:21 a.m.<br>Time Concluded: 11:41 a.m.<br>Time in Court: 20 Minutes |

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Public Defender

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Supervised Release continued.
: Defendant is sentenced to:. Extended electronic home monitoring and other new conditions added.
: Written order to be issued.

s/Sarah E. Bagwell
Calendar Clerk