**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRUCE CALVIN GREEN,

Defendant.

Criminal No. 02-137(1) (JRT)

**ORDER**

---

Richard Newberry, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

On March 17, 2006 the defendant appeared before the Court on a violation of supervision. At the hearing in this matter, the defendant admitted that he was in violation of one of the mandatory conditions, standard condition #1 and one special conditions of supervision, and the Court so found.

Based on the petition and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special conditions:

> The defendant's participation in the electronic home monitoring shall be extended until July 31, 2006. The defendant shall maintain steady employment. Further, the defendant shall maintain stable housing, those of which are acceptable to the probation officer. If defendant is unable to

maintain employment and housing his supervision will be revoked. The defendant shall make bi-weekly restitution payments in an amount to be determined by his probation officer.

All previously imposed conditions of supervision remain in effect.

DATED: March 24, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge