PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
JUN 29 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Bruce Calvin Green**

**Docket No. 0:02CR00137-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Calvin Green** who was sentenced for Bank Fraud on January 22, 2001, in the Central District of Illinois by the Honorable Richard Mills, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; no new credit; restitution in the amount of $72,151.61; and 20 hours community service per week if unemployed after 60 days, make bi-weekly restitution payments.

Jurisdiction was transferred to the District of Minnesota on May 14, 2002

120 days community confinement (modified on February 25, 2004)

120 days home detention/electronic monitoring (modified on January 10, 2006)

Extend home detention/electronic monitoring until July 31, 2006 (modified on March 17, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Green has violated the conditions of supervised release based on the following:** On June 7, 2006, St. Paul, Minnesota, police responded to a report of loud arguing at the apartment Mr. Green shares with his girlfriend. While neither Mr. Green nor his girlfriend were charged with a new offense, it was learned there was an active warrant for Mr. Green for an October 2005 no insurance offense. Mr. Green was taken into custody and released several days later. On June 7, 2006, Mr. Green was terminated from his employment and remains unemployed. As a result of this loss of income, he has not made a restitution payment since May 2006.

SCANNED
JUN 30 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 120 days in a community corrections center, with work release, as approved by the probation officer and shall observe the rules of that facility. Electronic home

cc: Prob., USM & cert copy BOP

monitoring may be terminated prior to July 31, 2006, if a bed becomes available at the community corrections center prior to that date.

ORDER OF THE COURT

Considered and ordered this 28th day of June, 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on June 27, 2006
Place Minneapolis

c: United States Sentencing Commission