Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Bruce Calvin Green

Docket No.0:02CR00137-001

## HEARING WAIVER

I, Bruce Calvin Green, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of up to 120 days in a community corrections center, with work release, as approved by the probation officer and shall observe the rules of that facility.

Signed: Bruce Green
Bruce Calvin Green
Supervised Releasee

Witness:

Dated: 6/27/06

SCANNED
JUN 3 0 2006
U.S. DISTRICT COURT