PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bruce Calvin Green**

**Docket No. 0:02CR00137-001(JRT)**

**Petition on Supervised Release**

RECEIVED

DEC 27 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Calvin Green** who was sentenced for Bank Fraud on January 22, 2001, in the Central District of Illinois by the Honorable Richard Mills, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; no new credit; restitution in the amount of $72,151.61; 20 hours community service per week if unemployed after 60 days, and make biweekly restitution payments.

Jurisdiction was transferred to the District of Minnesota on May 14, 2002.

120 days community confinement (modified on February 25, 2004).

120 days home detention/electronic monitoring (modified on January 10, 2006).

Extend home detention/electronic monitoring until July 31, 2006 (modified on March 17, 2006).

120 days Community confinement (modified June 28, 2006). Suspension of this condition was requested due to unavailability of bed space at the community corrections center (suspension of condition was approved on September 12, 2006).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #11: The defendant shall notify the probation officer with in 72 hours of being arrested or questioned by a law enforcement officer.

On October 14, 2006, Bruce Green was arrested by the St. Paul, Minnesota, Police Department and charged with Aggravated Domestic Assault and Gross Misdemeanor Interfering with a 911 Call. On December 9, 2006, Mr. Green was confronted with this violation. He claimed he must have forgot to advise the probation officer.

SCANNED
DEC 27 2006
U.S. DISTRICT COURT MPLS

FILED DEC 27 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ________
DEPUTY CLERK'S INITIALS ______

Summons Issued

SPECIAL CONDITION: The defendant shall make biweekly restitution payments in an amount determined by his probation officer.

On March 28, 2006, Mr. Green agreed he would make biweekly payments of $150. Since that date, he has made two payments. The last payment was made on May 24, 2006. Although employed, he has failed to make biweekly restitution payments. When confronted, he claims he did not have any payment remittal forms. He offered no response when he was admonished for failing to advise me of this with a request for additional forms.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 22nd day of December, 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on December 20, 2006
Place Minneapolis