IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 02-137 JRT |
| | ) | Date: 01/10/07 |
| Bruce Calvin Green, | ) | Court Reporter: N/A |
| | ) | Tape Number: 49/3433-3755; 50/0-380 |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:10 a.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney

Defendant: Scott Tilsen √ To be appointed

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 12/22/06 Offense: **Violation of Supervised Release**

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Defendant shall be processed by the Marshals before his release. Final revocation hearing date is Friday, March 16, 2007 at 12:30 p.m. before Judge Tunheim.

s/AR
Criminal Duty Clerk