AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

Bruce Calvin Green (1)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 02-137 JRT

RECEIVED
JAN 05 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jeanne J. Graham**

On: **01/10/07 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Kim Krulas
Kim Krulas, Deputy Clerk

Dated: December 27, 2006

SCANNED
JAN 08 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Richard Hermes Date: 1/3/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: St. Paul Residence to Sister and brother in Law

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Sister and bro-in-law

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/3/07
Date

AL GARBER
Name of United States Marshal

[signature]
~~(by) Deputy United States Marshal~~
USPO

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure