**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Bruce Calvin Green,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 02-137 JRT/FLN |
| Date: | 3/16/07 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 12:39 p.m. |
| Time Concluded: | 1:06 p.m. |
| Time in Court: | 25 Minutes |

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Scott Tilsen : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Preliminary Examination : Waived 9 Detention Hearing 9 Waived
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Supervised Release continued for the remainder of the term originally imposed.

s/LPH
Calendar Clerk