**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Civil No. 02-137 (JRT)

Plaintiff,

v. **ORDER**

BRUCE CALVIN GREEN,

Defendant.

---

Richard Newberry, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Scott F. Tilsen, Assistant Federal Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court held a final revocation hearing on March 16, 2007 during which the defendant admitted to violating two conditions of his supervised release. The Court decided not to revoke supervision but will require that defendant's wages be garnished effective immediately for the purposes of restitution payment.

The Court also notifies the defendant that if he is found to be non-compliant with the conditions of his supervised release at any time between now and the date of termination, the probation officer will file a petition and the Court will order that defendant be turned over to the custody of the Bureau of Prisons for a ten-month sentence.

All previously imposed conditions of supervision shall remain in place through the end of defendant's term of supervision.

DATED: March 19, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge