PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

APR 17 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Bruce Calvin Green**

**Docket No. 0:02CR00137-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bruce Calvin Green** who was sentenced for Bank Fraud on January 22, 2001, in the Central District of Illinois by the Honorable Richard Mills, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; participate in a drug/alcohol treatment program; mandatory drug testing; financial disclosure; no new credit; restitution in the amount of $72,151.61; 20 hours community service per week if unemployed after 60 days; and make biweekly restitution payments.

Jurisdiction was transferred to the District of Minnesota on May 14, 2002.

120 days community confinement (modified on February 25, 2004).

120 days home detention/electronic monitoring (modified on January 10, 2006).

Extend home detention/electronic monitoring until July 31, 2006 (modified on March 17, 2006).

120 days community confinement (modified June 28, 2006). Suspension of this condition was requested due to unavailability of bed space at the community corrections center (suspension of condition was approved on September 12, 2006).

Final revocation hearing held March 16, 2007, supervised release continued and wages to be garnished for failing to make monthly restitution payments.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state or local crime.

SCANNED

APR 18 2007

U.S. DISTRICT COURT

Summons Issued 4-18-07

Mr. Green was served with a no-contact order on March 20, 2007, prohibiting any contact with his wife, Lillian Pillow. On March 30, 2007, Mr. Green admitted to this probation officer that he had spent the past several nights at the residence, thereby violating the no-contact order.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 17th day of April, 2007, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on April 12, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer