**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-137 JRT |
| | ) | Date: 05/02/07 |
| Bruce Calvin Green, | ) | Court Reporter: none |
| | ) | Tape Number: 81/2381-2856 |
| Defendant. | ) | Time Commenced: 11:15 a.m. |
| | | Time Concluded: 11:20 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Omar Syed, Assistant U.S. Attorney
Defendant: Andrew Mohring
√ To be appointed

Interpreter / Language: None / English

Date Charges Filed: Offense: Violation of Supervised Release
√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Final revocation hearing is Thursday, May 3, 2007 at 2:30 p.m. before Judge Tunheim.

s/AR
Criminal Duty Clerk