AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

**District of Minnesota**

RECEIVED
MAY 04 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 02-137 JRT

Bruce Calvin Green

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Susan R. Nelson**

On: **5/2/07 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release.

Kim Krulas, Deputy Clerk

Dated: April 18, 2007

SCANNED
MAY 08 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Betsy Callahan Date: 4-24-07

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ____

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Terry Watkins

☐ Returned unexecuted: ____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 4/24/07
Date

Ben Kates (Acting)
Name of United States Marshal

Elizabeth M. Callahan
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure