**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Bruce Calvin Green,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

Case No: 02-137 JRT/FLN
Date: 08/28/07
Court Reporter: Kristine Mousseau
Time Commenced: 11:10 a.m.
Time Concluded: 11:20 a.m.
Time in Court: 10 Minutes

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Reggie Aligada, Jr. : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Supervised Release revoked
: Defendant is sentenced to: the custody of BOP for a period of 8 months
: Defendant shall voluntarily surrender to the custody of BOP on September 11, 2007 at 11:00 a.m.
: Defendant released on same terms and conditions of supervised release.

s/LPH
Calendar Clerk