# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**Bruce Calvin Green**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-137 JRT/FLN**
USM Number: **09468-026**
Social Security Number: **04838**
Date of Birth: **1966**

**Reynaldo Aligada, Jr.**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of a condition of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state, or local crime. | 03/30/07 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**August 28, 2007**
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

August 30, 2007
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: BRUCE CALVIN GREEN
CASE NUMBER: 02-137 JRT/FLN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 months with no term of supervision to follow**.

[] The court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[**X**] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
**[X] on September 11, 2007 at 11:00 a.m. If no facility designation has been made, the defendant shall surrender to the United States Marshal at that same time and date.**
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ______________________________

at ________________________ , with a certified copy of this judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal