**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-137 JRT |
| | ) | Date: July 14, 2008 |
| Bruce Calvin Green, | ) | Court Reporter: None |
| | ) | Tape Number: 246 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:05 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Manny Atwal
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: September 17, 2007 Offense: Committed crime on release, couldn't turn himself in to BOP

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Next appearance date is August 5, 2008 at 11:00 a.m. before U.S. District Judge John R. Tunheim for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ Final revocation

☒ Detention hearing waived ☒ Preliminary revocation hearing waived

Additional Information:

s/Joan Flood
Criminal Duty Clerk