A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0741 - 0918 - 1399 - 0

CASE NUMBER: **CR 02-137 JRT**

Bruce Calvin Green

RECEIVED
US MARSHALS SERVICE
2007 SEP 17 P 4: 15

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Bruce Calvin Green

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

[signature]
(By) Stacey E. Kulevich, Deputy Clerk

September 17, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________
Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
JUL 17 2008
U.S. DISTRICT COURT ST. PAUL

ARRESTED ON 7-14-08
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

criminal\warrant.frm DC Modified 5/17/07