UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-137(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | |
| BRUCE CALVIN GREEN, | ) | |
| Defendant. | ) | |

This matter was before the Court on July, 14, 2008, for an initial appearance on alleged violations of defendant's supervised release. Assistant United States Attorney Nathan Petterson appeared for the government. Manny Atwal, Assistant Federal Defender, appeared for the defendant, who was present in court.

Defendant, having been advised of his right to a preliminary hearing and a detention hearing, waived both hearings. Accordingly, he is bound over for a final revocation hearing, which is scheduled before United States District Court Judge John R. Tunheim, on July 29, 2008, at 3:00 p.m. Based upon defendant having waived a hearing, the Court also grants the government's motion for detention pending that hearing.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention without bond of defendant is GRANTED, and the defendant shall be detained pending the final revocation hearing;

2. The defendant is committed to the custody of the United States Marshals for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: July 18, 2008

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge