RECEIVED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**BRUCE CALVIN GREEN,**<br>Defendant. | Docket No. 0:02CR00137-001(JRT) |

UPON REPORT AND RECOMMENDATION BY United States Probation Officer Richard W. Hermes, Minneapolis, Minnesota:

IT IS HEREBY ORDERED That the pending supervised release revocation hearing on August 5, 2008, is cancelled, and Mr. Green be remanded to the custody of the Bureau of Prisons for service of the eight-month sentence imposed on August 28, 2007.

Signed and executed this 21st day of July, 2008.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

SCANNED
JUL 22 2008
U.S. DISTRICT COURT MPLS